# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIMOTHY CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-1343-D |
| | ) | |
| ANITA TRAMMELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Plaintiff, a state prisoner appearing *pro se*, brought this action pursuant to 42 U.S.C. § 1983 alleging violations of his constitutional rights at the Oklahoma State Penitentiary in McAlester, Oklahoma. In accordance with 28 U.S.C. §636(b)(1)(B), the matter was referred to United States Magistrate Judge Charles Goodwin for initial proceedings. The magistrate judge conducted an initial review of Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(a)-(b). He then issued a Report and Recommendation [Doc. No. 8] in which he recommended that the action be transferred to the United States District Court for the Eastern District of Oklahoma.

In the Report and Recommendation, the Magistrate Judge advised the parties of the right to file objections to the same and directed the parties to file any objections no later than January 14, 2015. The Magistrate Judge further admonished the parties that failure to timely object would constitute a waiver of the right to appeal. The deadline for filing objections has expired and to date, neither party has filed objections or sought an extension of time in which to do so.

The court also finds that the magistrate judge correctly concluded that this action should be transferred to the Eastern District. Accordingly, the Report and Recommendation [Doc. No. 8] is ADOPTED as though fully set forth herein.

IT IS THEREFORE ORDERED that the case shall be transferred to the United States District Court for the Eastern District of Oklahoma. The Clerk is directed to transfer the action.

IT IS SO ORDERED this 22nd day of January, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE